BAKER ET AL., DBA BAKER & FORD v. ALASKA.

No. 849.   Decided March 15, 1965.

*Bruce T. Rinker, Charles S. Rhyne* and *Alfred J. Tighe, Jr.,* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.

MARTINEZ v. UNITED STATES.

No. 397, Misc.   Decided March 15, 1965.

Petitioner *pro se.*

*Solicitor General Cox* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the United States District Court for the Northern District of California with instructions to make findings with respect to petitioner's consent to the search.